UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETH A. BODI,

                                      NO. CIV. S-13-1044 LKK/CKD

       Plaintiffs

  v.

                         O R D E R

SHINGLE SPRINGS BAND OF
MIWOK INDIANS; and
DOES 1 through 15, inclusive,

      Defendants.

_____/

    A motion hearing is set for Defendant's motion to dismiss, ECF No. 5, for July 8, 2013 at 10:00 A.M.  Plaintiff's opposition, or statement of non-opposition, is due on June 24, 2013.

    The court hereby ORDERS that Defendant's reply to Plaintiff's opposition be filed no later than Friday, June 28, 2013.

    IT IS SO ORDERED.

    DATED:  June 20, 2013.

                                            _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT