UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETH A. BODI,

        Plaintiffs

    v.

SHINGLE SPRINGS BAND OF
MIWOK INDIANS; and
DOES 1 through 15, inclusive,

        Defendants.

NO. CIV. S-13-1044 LKK/CKD

O R D E R

A motion hearing is set for Defendant's motion to dismiss, ECF No. 5, for July 8, 2013 at 10:00 A.M.  Plaintiff's opposition, or statement of non-opposition, is due on June 24, 2013.

The court hereby ORDERS that Defendant's reply to Plaintiff's opposition be filed no later than Friday, June 28, 2013.

IT IS SO ORDERED.

DATED:  June 20, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1