UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETH A. BODI,

NO. CIV. S-13-1044 LKK/CKD

     Plaintiffs

  v.

O R D E R

SHINGLE SPRINGS BAND OF
MIWOK INDIANS; and
DOES 1 through 15, inclusive,

     Defendants.

_____/

Defendant has filed a notice of withdrawal of its motion to dismiss.  Def's Notice, ECF No. 13.  A hearing on Defendant's motion to dismiss was set for July 8, 2013 at 10:00 A.M.  Based on Defendant's notice of withdrawal, the motion hearing set for July 8, 2013 is VACATED.

IT IS SO ORDERED.

DATED:  June 28, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1