1  PACIFIC AMERICAN LAW GROUP, PC
   David Nied (SBN 136413)
2  Wendy L. Hillger (SBN 178682)
   582 Market Street, Suite 2009
3  San Francisco, CA  94104
   Telephone: (415) 795-3579
4  david@palgsf.com
   whillger@palgsf.com
5
6  Attorneys for Plaintiff Beth A. Bodi

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
11 BETH A. BODI,                                    Case No. 2:13-CV-01044 LKK-CKD

12          Plaintiff,                              **STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT AND SCHEDULING PARTIES' BRIEFING OF DEFENDANTS' MOTION TO DISMISS**
       vs.
13
   SHINGLE SPRINGS BAND OF MIWOK
14 INDIANS; SHINGLE SPRINGS TRIBAL
   HEALTH PROGRAM; BRENDA ADAMS
15 (in her capacity as current Chairperson of the    The Hon. Lawrence K. Karlton
   Shingle Springs Tribal Health Board), and
16 DOES 1 through 30, inclusive,                    Complaint Filed: April 22, 2013

17          Defendants.

18

19
       Plaintiff Beth A. Bodi, having inadvertently neglected to include one of the defendants
20
   within the caption of her First Amended Complaint ("FAC"), hereby seeks, by stipulation, to amend
21
   the caption of her complaint, in a Second Amended Complaint ("SAC") that names in the caption of
22
   the SAC all of the defendants set forth in the body of the FAC.   Specifically, Plaintiff seeks leave to
23
   file an amended complaint that names within the caption (as well as the body) the Shingle Springs
24
   Band of Miwok Indians ("Tribe"), Shingle Springs Tribal Health Program, the Shingle Springs
25
   Health Board (inadvertently omitted from the caption of the FAC), and Brenda Adams (in her
26
   capacity as Chairperson of the Shingle Springs Tribal Health Board) (collectively "Defendants").
27

28                                                  - 1 -
   Case No.  2:13-CV-01044 LKK-CKD           STIPULATION AND [PROPOSED] ORDER GRANTING
                                             LEAVE TO FILE AMENDED COMPLAINT AND
                                             SCHEDULING BRIEFING OF MOTION TO DISMISS

1  Counsel of record for Defendants are amenable to the request for reasons of judicial economy and
2  efficiency, and the Parties hereby respectfully request that the court give effect to the stipulation, as
3  follows:
4       WHEREAS, Plaintiff named the Shingle Springs Tribal Health Board in the body of her
5  First Amended Complaint ("FAC"), but inadvertently omitted that entity from the caption;
6       WHEREAS, defendants are willing to stipulate to the requested amendment of the FAC by
7  Plaintiff, so as to allow for expeditious resolution of anticipated motions, and to that end, to enable
8  the court to resolve the jurisdictional defenses of all tribal entities against whom Plaintiff purports
9  to have claims in the context of a single consolidated motion without the need for further amended
10 complaints;
11      WHEREAS, all of the above-listed defendants plan to file responsive pleadings seeking
12 dismissal of Plaintiff's claims; and
13      WHEREAS, the above-listed defendants and Shingle Springs Tribal Health Board are
14 represented by Dentons US LLP ("Dentons"), and all intend to file a single brief in support of a
15 consolidated motion to dismiss, raising common issues; and
16      WHEREAS, the Parties wish to make arrangements for orderly briefing of defendants'
17 motions to dismiss on a timeline that accommodates counsels' respective schedules during the
18 summer; and
19      WHEREAS, the Parties agree that the foregoing reasons present good cause for altering the
20 briefing schedule set forth in Rule 230 of the Local Rules of the United States District Court,
21 Eastern District of California; and
22      WHEREAS, Shingle Springs Tribal Health Program and Brenda Adams, who have not yet
23 been served, and Shingle Springs Tribal Health Board, which is not yet a party, have authorized
24 Dentons to accept service on their behalf pursuant to the terms of this stipulation;
25      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties
26 that:
27      1.    Plaintiff may file a second amended complaint within seven days of the Court's
28

approval of this stipulation that is identical to first amended complaint, except that it adds the inadvertently omitted Shingle Springs Tribal Health Board to the caption as a party;

2.   The responsive pleading of defendants Shingle Springs Band of Miwok Indians, Shingle Springs Tribal Health Program, Brenda Adams, and Shingle Springs Tribal Health Board shall be due no later than August 5, 2013;

3.   Plaintiff shall oppose defendants' motion to dismiss no later than September 3, 2013;

4.   Defendants shall file any reply brief in support of their motion to dismiss no later than September 16, 2013;

5.   Defendants' motion to dismiss shall be heard Monday, September 23, 2013, at 10:00 a.m., or at another date and time thereafter as convenient for the Court;

6.   Service of the second amended complaint on Shingle Springs Tribal Health Program, Brenda Adams, and Shingle Springs Tribal Health Board shall be deemed effective on the date Plaintiff electronically files and serves her second amended complaint pursuant to this Court-approved stipulation.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 9, 2013                PACIFIC AMERICAN LAW GROUP, PC

By  /s/  Wendy L. Hillger
        WENDY L. HILLGER

Attorneys for Plaintiff

Dated: July 9, 2013                DENTONS US LLP

By  /s/  Ian R. Barker (auth. July 2, 2013)
        IAN R. BARKER

Attorneys for Defendants

ORDER

The Parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff may file a second amended complaint within seven days of the Court's issuance of this order that is identical to first amended complaint, except that it adds the inadvertently omitted Shingle Springs Tribal Health Board to the caption as a party;

2. The responsive pleading of defendants Shingle Springs Band of Miwok Indians, Shingle Springs Tribal Health Program, Brenda Adams, and Shingle Springs Tribal Health Board shall be due no later than August 5, 2013;

3. Plaintiff shall oppose defendants' motion to dismiss no later than September 3, 2013;

4. Defendants shall file any reply brief in support of their motion to dismiss no later than September 16, 2013;

5. Defendants' motion to dismiss shall be heard Monday, September 23, 2013, at 10:00 a.m.;

6. Service of the second amended complaint on Shingle Springs Tribal Health Program, Brenda Adams, and Shingle Springs Tribal Health Board shall be deemed effective on the date Plaintiff electronically files and serves her second amended complaint.

DATED:   July 9, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT