PACIFIC AMERICAN LAW GROUP, PC
David Nied (SBN 136413)
Wendy L. Hillger (SBN 178682)
582 Market Street, Suite 2009
San Francisco, CA 94104
Telephone: (415) 795-3579
david@palgsf.com
whillger@palgsf.com

Attorneys for Plaintiff Beth A. Bodi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. BODI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS; SHINGLE SPRINGS TRIBAL HEALTH PROGRAM; BRENDA ADAMS (in her capacity as current Chairperson of the Shingle Springs Tribal Health Board), and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:13-CV-01044 LKK-CKD<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT AND SCHEDULING PARTIES' BRIEFING OF DEFENDANTS' MOTION TO DISMISS**<br><br>The Hon. Lawrence K. Karlton<br><br>Complaint Filed: April 22, 2013 |

Plaintiff Beth A. Bodi, having inadvertently neglected to include one of the defendants within the caption of her First Amended Complaint ("FAC"), hereby seeks, by stipulation, to amend the caption of her complaint, in a Second Amended Complaint ("SAC") that names in the caption of the SAC all of the defendants set forth in the body of the FAC.   Specifically, Plaintiff seeks leave to file an amended complaint that names within the caption (as well as the body) the Shingle Springs Band of Miwok Indians ("Tribe"), Shingle Springs Tribal Health Program, the Shingle Springs Health Board (inadvertently omitted from the caption of the FAC), and Brenda Adams (in her capacity as Chairperson of the Shingle Springs Tribal Health Board) (collectively "Defendants").

Counsel of record for Defendants are amenable to the request for reasons of judicial economy and efficiency, and the Parties hereby respectfully request that the court give effect to the stipulation, as follows:

WHEREAS, Plaintiff named the Shingle Springs Tribal Health Board in the body of her First Amended Complaint ("FAC"), but inadvertently omitted that entity from the caption;

WHEREAS, defendants are willing to stipulate to the requested amendment of the FAC by Plaintiff, so as to allow for expeditious resolution of anticipated motions, and to that end, to enable the court to resolve the jurisdictional defenses of all tribal entities against whom Plaintiff purports to have claims in the context of a single consolidated motion without the need for further amended complaints;

WHEREAS, all of the above-listed defendants plan to file responsive pleadings seeking dismissal of Plaintiff's claims; and

WHEREAS, the above-listed defendants and Shingle Springs Tribal Health Board are represented by Dentons US LLP ("Dentons"), and all intend to file a single brief in support of a consolidated motion to dismiss, raising common issues; and

WHEREAS, the Parties wish to make arrangements for orderly briefing of defendants' motions to dismiss on a timeline that accommodates counsels' respective schedules during the summer; and

WHEREAS, the Parties agree that the foregoing reasons present good cause for altering the briefing schedule set forth in Rule 230 of the Local Rules of the United States District Court, Eastern District of California; and

WHEREAS, Shingle Springs Tribal Health Program and Brenda Adams, who have not yet been served, and Shingle Springs Tribal Health Board, which is not yet a party, have authorized Dentons to accept service on their behalf pursuant to the terms of this stipulation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties that:

1. Plaintiff may file a second amended complaint within seven days of the Court's

approval of this stipulation that is identical to first amended complaint, except that it adds the inadvertently omitted Shingle Springs Tribal Health Board to the caption as a party;

2. The responsive pleading of defendants Shingle Springs Band of Miwok Indians, Shingle Springs Tribal Health Program, Brenda Adams, and Shingle Springs Tribal Health Board shall be due no later than August 5, 2013;

3. Plaintiff shall oppose defendants' motion to dismiss no later than September 3, 2013;

4. Defendants shall file any reply brief in support of their motion to dismiss no later than September 16, 2013;

5. Defendants' motion to dismiss shall be heard Monday, September 23, 2013, at 10:00 a.m., or at another date and time thereafter as convenient for the Court;

6. Service of the second amended complaint on Shingle Springs Tribal Health Program, Brenda Adams, and Shingle Springs Tribal Health Board shall be deemed effective on the date Plaintiff electronically files and serves her second amended complaint pursuant to this Court-approved stipulation.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 9, 2013　　　　　　　　　　PACIFIC AMERICAN LAW GROUP, PC

By  /s/  Wendy L. Hillger
　　　　WENDY L. HILLGER

Attorneys for Plaintiff

Dated: July 9, 2013　　　　　　　　　　DENTONS US LLP

By  /s/  Ian R. Barker (auth. July 2, 2013)
　　　　IAN R. BARKER

Attorneys for Defendants

Case No.  2:13-CV-01044 LKK-CKD
- 3 -
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND SCHEDULING BRIEFING OF MOTION TO DISMISS

ORDER

The Parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff may file a second amended complaint within seven days of the Court's issuance of this order that is identical to first amended complaint, except that it adds the inadvertently omitted Shingle Springs Tribal Health Board to the caption as a party;

2. The responsive pleading of defendants Shingle Springs Band of Miwok Indians, Shingle Springs Tribal Health Program, Brenda Adams, and Shingle Springs Tribal Health Board shall be due no later than August 5, 2013;

3. Plaintiff shall oppose defendants' motion to dismiss no later than September 3, 2013;

4. Defendants shall file any reply brief in support of their motion to dismiss no later than September 16, 2013;

5. Defendants' motion to dismiss shall be heard Monday, September 23, 2013, at 10:00 a.m.;

6. Service of the second amended complaint on Shingle Springs Tribal Health Program, Brenda Adams, and Shingle Springs Tribal Health Board shall be deemed effective on the date Plaintiff electronically files and serves her second amended complaint.

DATED: July 9, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT