PACIFIC AMERICAN LAW GROUP, PC
David Nied (SBN 136413)
Wendy L. Hillger (SBN 178682)
582 Market Street, Suite 2009
San Francisco, CA  94104
Telephone: (415) 795-3579
david@palgsf.com
whillger@palgsf.com

Attorneys for Plaintiff Beth A. Bodi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. BODI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS; SHINGLE SPRINGS TRIBAL HEALTH PROGRAM; SHINGLE SPRINGS TRIBAL HEALTH; BRENDA ADAMS (as current Chairperson of the Shingle Springs Tribal Health Board), and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:13-CV-01044 LKK-CKD<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE AND SCHEDULING THE OPPOSITION AND REPLY BRIEFING RE DEFENDANTS' MOTION TO DISMISS**<br><br>The Hon. Lawrence K. Karlton<br><br>Complaint Filed: April 22, 2013 |

Plaintiff Beth A. Bodi and defendants Shingle Springs Band Of Miwok Indians, Shingle Springs Tribal Health Program, Shingle Springs Tribal Health Board, and Brenda Adams, by and through their counsel of record respectfully request that the court continue the August 19, 2013 Status Conference until October 7, 2013, and give effect to the stipulation regarding the briefing schedule for defendants' Motion to Dismiss, as follows:

- 1 -

CASE NO.  2:13-CV-01044 LKK-CKD                STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE AND SCHEDULING THE OPPOSITION AND REPLY BRIEFING RE DEFENDANTS' MOTION TO DISMISS

1    WHEREAS, this Court has previously scheduled the Status Conference for August 19,
2 2013;
3    WHEREAS, the parties filed a Joint Status Report on or about August 5, 2013, seeking a
4 continuance of the Status Conference to coincide with the hearing on defendants' Motion to
5 Dismiss;
6    WHEREAS, all the above-listed defendants have filed a Motion to Dismiss, seeking
7 dismissal of Plaintiff's claims, with an initial hearing date of September 23, 2013, pursuant to the
8 Parties stipulation;
9    WHEREAS, the Court recently gave notice that the hearing date previously agreed upon
10 between counsel is not available, and the Court thus re-calendared the hearing on defendants'
11 Motion to Dismiss for October 7, 2013;
12    WHEREAS, in light of the Court's continuance of the hearing, the Parties wish to make
13 arrangements for orderly filing of the Opposition and Reply briefing on a timeline that
14 accommodates counsels' respective schedules and other trial work; and
15    WHEREAS, the Parties agree that the foregoing reasons present good cause for altering the
16 briefing schedule set forth in Rule 230 of the Local Rules of the United States District Court,
17 Eastern District of California.
18    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties
19 that:
20    1.    Plaintiff shall oppose defendants' motion to dismiss no later than September 12,
21 2013;
22    2.    Defendants shall file any reply brief in support of their motion to dismiss no later
23 than September 27, 2013;
24    3.    Counsel for plaintiff and defendants agree that it would be the best use of judicial
25 and litigant resources to continue the Status Conference until October 7, 2013, to coincide with
26 the new hearing date on defendants' Motion to Dismiss.
27

- 2 -

28   CASE NO.  2:13-CV-01044 LKK-CKD            STIPULATION AND ORDER CONTINUING THE
                                                STATUS CONFERENCE AND SCHEDULING THE
                                                OPPOSITION AND REPLY BRIEFING RE
                                                DEFENDANTS' MOTION TO DISMISS

1 | IT IS SO STIPULATED.

2 | Respectfully submitted,

3 | Dated: August 13, 2013 | PACIFIC AMERICAN LAW GROUP, PC

5 | By  /s/  Wendy L. Hillger (approved Aug. 13, 2013)
  |         WENDY L. HILLGER

6 | Attorneys for Plaintiff

8 | Dated: August 13, 2013 | DENTONS US LLP

10 | By  /s/  Ian R. Barker
   |         IAN R. BARKER

11 | Attorneys for Defendants
12 | SHINGLE SPRINGS BAND OF MIWOK INDIANS, SHINGLE SPRINGS TRIBAL
13 | HEALTH PROGRAM, SHINGLE SPRINGS TRIBAL HEALTH BOARD, and BRENDA
14 | ADAMS

- 3 -

28 | CASE NO.  2:13-CV-01044 LKK-CKD    STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE AND SCHEDULING THE OPPOSITION AND REPLY BRIEFING RE DEFENDANTS' MOTION TO DISMISS

## ORDER

The Parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file her opposition to defendants' motion to dismiss no later than September 12, 2013;

2. Defendants shall file any reply brief in support of their motion to dismiss no later than September 27, 2013;

3. The Status Conference shall be continued from August 19, 2013, to October 21, 2013, at 1:30 p.m.

DATED: August 14, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 4 -

CASE NO. 2:13-CV-01044 LKK-CKD     STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE AND SCHEDULING THE OPPOSITION AND REPLY BRIEFING RE DEFENDANTS' MOTION TO DISMISS