PACIFIC AMERICAN LAW GROUP, PC
David Nied (SBN 136413)
Wendy L. Hillger (SBN 178682)
582 Market Street, Suite 2009
San Francisco, CA 94104
Telephone: (415) 795-3579
david@palgsf.com
whillger@palgsf.com

Attorneys for Plaintiff Beth A. Bodi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. BODI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS; SHINGLE SPRINGS TRIBAL HEALTH PROGRAM; SHINGLE SPRINGS TRIBAL HEALTH; BRENDA ADAMS (as current Chairperson of the Shingle Springs Tribal Health Board), and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:13-CV-01044 LKK-CKD<br><br>**STIPULATION AND ORDER CONTINUING THE DEFENDANTS' MOTION TO DISMISS HEARING, SETTING THE BRIEFING SCHEDULE AND CONTINUING THE STATUS CONFERENCE**<br><br>The Hon. Lawrence K. Karlton<br><br>Complaint Filed: April 22, 2013 |

Plaintiff Beth A. Bodi and defendants Shingle Springs Band Of Miwok Indians, Shingle Springs Tribal Health Program, Shingle Springs Tribal Health Board, and Brenda Adams (collectively, "the Parties"), by and through their counsel of record respectfully request that the court give effect to the stipulation regarding the continuing the hearing date for defendants' Motion to Dismiss from October 7, 2013 until December 9, 2013, and related changes to the briefing schedule.

- 1 -

CASE NO. 2:13-CV-01044 LKK-CKD　　　STIPULATION AND ORDER CONTINUING THE
　　　　　　　　　　　　　　　　　　　　DEFENDANTS' MOTION TO DISMISS, SETTING
　　　　　　　　　　　　　　　　　　　　THE BRIEFING SCHEDULE AND CONTINUING
　　　　　　　　　　　　　　　　　　　　THE STATUS CONFERENCE

1  Further, the parties respectfully request that the court continue the Status Conference from October
2  21, 2013 until December 16, 2013.  The Parties' stipulation, through counsel, is as follows:
3     WHEREAS, all the above-listed defendants have filed their F.R.C.P. 12(b)(1) Motion to
4  Dismiss, seeking dismissal of Plaintiff's Second Amended Complaint based upon the lack of
5  subject matter jurisdiction; the hearing is now presently scheduled for October 7, 2013;
6     WHEREAS, the Parties are exploring an out-of-court settlement that would render further
7  proceedings in this case unnecessary;
8     WHEREAS, the Parties wish to continue the hearing of this motion, in the interests of
9  justice and to conserve judicial and litigant resources;
10    WHEREAS, the Parties wish to make arrangements for orderly filing of the Opposition
11  and Reply briefing on a timeline that accommodates the new hearing date; and
12    WHEREAS, the Parties agree that the foregoing reasons present good cause for altering the
13  briefing schedule set forth in Rule 230 of the Local Rules of the United States District Court,
14  Eastern District of California.
15    WHEREAS, this Court has currently scheduled the Status Conference for October 21,
16  2013;
17    WHEREAS, the Parties wish to continue the Status Conference until December 16, 2013.
18
19    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties
20  that:
21    1.   Plaintiff shall oppose defendants' motion to dismiss no later than October 30, 2013;
22    2.   Defendants shall file any reply brief in support of their motion to dismiss no later
23   than November 22, 2013;
24    3.   Counsel for plaintiff and defendants agree that it would be the best use of judicial
25  and litigant resources to continue the hearing date on defendants' Motion to Dismiss shall be
26  continued from October 7, 2013 at 10:00 a.m. until December 9, 2013 at 10:00 a.m., or a date

- 2 -

CASE NO.  2:13-CV-01044 LKK-CKD              STIPULATION AND ORDER CONTINUING THE
                                             DEFENDANTS' MOTION TO DISMISS, SETTING
                                             THE BRIEFING SCHEDULE AND CONTINUING
                                             THE STATUS CONFERENCE

1  thereafter convenient to the Court;

2      4.    Counsel also agrees that it would be similarly beneficial to continue the Status

3  Conference until December 16, 2013 at 2:00 p.m., or a date thereafter convenient to the Court,

4  following the new hearing date on defendants' Motion to Dismiss.

5      IT IS SO STIPULATED.

6                            Respectfully submitted,

7  Dated: September 12, 2013        PACIFIC AMERICAN LAW GROUP, PC

8

9                            By  /s/  Wendy L. Hillger (approved Sept.11, 2013)
                                WENDY L. HILLGER

10

11                            Attorneys for Plaintiff

12  Dated: September 12, 2013        DENTONS US LLP

13

14                            By  /s/  Ian R. Barker
                                IAN R. BARKER

15

16                            Attorneys for Defendants
                          SHINGLE SPRINGS BAND OF MIWOK

17                            INDIANS, SHINGLE SPRINGS TRIBAL
                          HEALTH PROGRAM, SHINGLE SPRINGS
                          TRIBAL HEALTH BOARD, and BRENDA

18                            ADAMS

19

20

21

22

23

24

25

26

27

                                        - 3 -

28  CASE NO.  2:13-CV-01044 LKK-CKD        STIPULATION AND ORDER CONTINUING THE
                                                  DEFENDANTS' MOTION TO DISMISS, SETTING
                                                  THE BRIEFING SCHEDULE AND CONTINUING
                                                  THE STATUS CONFERENCE

## ORDER

The Parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file her opposition to defendants' motion to dismiss no later than October 30, 2013;

2. Defendants shall file any reply brief in support of their motion to dismiss no later than November 22, 2013;

3. The hearing date on defendants' Motion to Dismiss shall be continued from October 7, 2013 at 10:00 a.m. until December 9, 2013 at 10:00 a.m.;

4. The Status Conference shall be continued from October 21, 2013, at 10:00 a.m. until December 16, 2013 at 2:00 p.m.

DATED:  September 13, 2013.

80942081

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 4 -

CASE NO.  2:13-CV-01044 LKK-CKD      STIPULATION AND ORDER CONTINUING THE DEFENDANTS' MOTION TO DISMISS, SETTING THE BRIEFING SCHEDULE AND CONTINUING THE STATUS CONFERENCE