PACIFIC AMERICAN LAW GROUP, PC
David Nied (SBN 136413)
Wendy L. Hillger (SBN 178682)
582 Market Street, Suite 2009
San Francisco, CA  94104
Telephone: (415) 795-3579
david@palgsf.com
whillger@palgsf.com

Attorneys for Plaintiff Beth A. Bodi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. BODI,<br><br>    Plaintiff,<br><br>vs.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS; SHINGLE SPRINGS TRIBAL HEALTH PROGRAM; SHINGLE SPRINGS TRIBAL HEALTH; BRENDA ADAMS (as current Chairperson of the Shingle Springs Tribal Health Board), and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No. 2:13-CV-01044 LKK-CKD<br><br>**STIPULATION AND ORDER RE-SETTING THE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>The Hon. Lawrence K. Karlton<br><br>Complaint Filed: April 22, 2013 |

Plaintiff Beth A. Bodi and defendants Shingle Springs Band Of Miwok Indians, Shingle Springs Tribal Health Program, Shingle Springs Tribal Health Board, and Brenda Adams (collectively "Parties"), by and through their counsel of record respectfully request that the court give effect to the stipulation related to the revised briefing schedule and hearing date for defendants' Motion to Dismiss currently set for hearing on December 9, 2013.The parties' stipulation, through counsel, is as follows:

- 1 -
CASE NO.  2:13-CV-01044 LKK-CKD          STIPULATION AND ORDER RE-SETTING
                                         THE BRIEFING SCHEDULE AND HEARING
                                         DATE ON DEFENDANTS' MOTION TO DISMISS

1  WHEREAS, all the above-listed defendants have filed their F.R.C.P. 12(b)(1) Motion to
2  Dismiss, seeking dismissal of Plaintiff's Second Amended Complaint based upon the lack of subject
3  matter jurisdiction, and the hearing is scheduled for December 9, 2013;

4  WHEREAS, the Parties wish to make arrangements for orderly filing of the Opposition
5  and Reply briefing on a timeline to conserve judicial and litigant resources in light of settlement
6  efforts;

7  WHEREAS, the Parties also wish to briefly continue the hearing date to provide the Court
8  with sufficient opportunity to review the Parties' papers; and

9  WHEREAS, the Parties agree that the foregoing reasons present good cause for altering the
10 briefing schedule set forth in Rule 230 of the Local Rules of the United States District Court,
11 Eastern District of California.

12 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties
13 that:

14  1. Plaintiff shall oppose defendants' motion to dismiss no later than November 4,
15 2013;

16  2. Defendants shall file any reply brief in support of their motion to dismiss no later
17 than December 9, 2013.

18  3. The hearing on Defendants' motion to dismiss shall be continued to December 16,
19 2013, at 10:00 a.m., or at a date and time convenient for the Court.

20  4. The scheduling conference in this matter set for December 16, 2013, shall be taken
21 off calendar, to be reset, if necessary, following the resolution of Defendants' motion to dismiss.

IT IS SO STIPULATED.

                                           Respectfully submitted,

Dated: October 30, 2013          PACIFIC AMERICAN LAW GROUP, PC


By  /s/  Wendy L. Hillger (approved Oct 30, 2013)
       WENDY L. HILLGER

Attorneys for Plaintiff

Dated: October 30, 2013          DENTONS US LLP


By  /s/  Ian R. Barker
       IAN R. BARKER

Attorneys for Defendants
SHINGLE SPRINGS BAND OF MIWOK INDIANS, SHINGLE SPRINGS TRIBAL HEALTH PROGRAM, SHINGLE SPRINGS TRIBAL HEALTH BOARD, and BRENDA ADAMS

## ORDER

The Parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1.    Plaintiff shall oppose defendants' motion to dismiss no later than November 4, 2013;

2.    Defendants shall file any reply brief in support of their motion to dismiss no later than December 9, 2013.

3.    The hearing on Defendants' motion to dismiss is continued to January 13, 2014, at 10:00 a.m.

4. The scheduling conference in this matter set for December 16, 2013, is continued to February 10, 2014 at 10:30 a.m.

DATED: November 1, 2013.

81335484

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 4 -
CASE NO. 2:13-CV-01044 LKK-CKD   STIPULATION AND ORDER RE-SETTING THE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS