PAULA M. YOST (State Bar No. 156843)
paula.yost@dentons.com
SANDRA R. MCCANDLESS (State Bar No. 57740)
sandra.mccandless@dentons.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
SHINGLE SPRINGS BAND OF MIWOK INDIANS, SHINGLE SPRINGS TRIBAL HEALTH PROGRAM, SHINGLE SPRINGS TRIBAL HEALTH PROGRAM, and BRENDA ADAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. BODI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS; SHINGLE SPRINGS TRIBAL HEALTH PROGRAM; SHINGLE SPRINGS TRIBAL HEALTH; BRENDA ADAMS (as current Chairperson of the Shingle Springs Tribal Health Board), and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:13-CV-01044 LKK-CKD<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR DEFENDANTS' REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION ON THE BASIS OF SOVEREIGN IMMUNITY**<br><br>Date:　　January 13, 2014<br>Time:　　10:00 a.m.<br>Ctrm:　　Four<br><br>The Hon. Lawrence K. Karlton<br><br>Complaint Filed: April 22, 2013 |

Plaintiff Beth A. Bodi and defendants Shingle Springs Band Of Miwok Indians, Shingle Springs Tribal Health Program, Shingle Springs Tribal Health Board, and Brenda Adams, by and through their counsel of record respectfully request that the court give effect to the stipulation

1  regarding the briefing schedule for defendants' Motion to Dismiss Plaintiff's Second Amended
2  Complaint, as follows:
3       WHEREAS, defendants' reply brief in support of their Motion to Dismiss Plaintiff's
4  Second Amended Complaint is currently due December 9, 2013, and the Court has set the hearing
5  for January 13, 2014;
6       WHEREAS, counsel for defendants has faced major discovery deadlines in two other
7  matters that could not be continued past this week, as well as an unforeseen personal emergency
8  this week;
9       WHEREAS, given the five-week interval between the current reply brief deadline and the
10 hearing, defendants' deadline for the reply brief can be extended one week without prejudicing
11 plaintiff or affecting any other deadlines or events in this case; and
12      WHEREAS, the Parties agree that the foregoing reasons present good cause for altering the
13 briefing schedule set forth in Rule 230 of the Local Rules of the United States District Court,
14 Eastern District of California.
15      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties
16 that Defendants shall file any reply brief in support of their motion to dismiss no later than
17 **December 16, 2013**.
18
19      IT IS SO STIPULATED.
20                                        Respectfully submitted,
21 Dated: December 4, 2013               PACIFIC AMERICAN LAW GROUP, PC
22
23                                        By   /s/  Wendy L. Hillger (approved Dec. 4, 2013)
                                                    WENDY L. HILLGER
24
                                          Attorneys for Plaintiff
25                                        BETH A. BODI
26
27
28

Dated: December 4, 2013                    DENTONS US LLP


                                           By  /s/ Ian R. Barker
                                                  IAN R. BARKER

                                           Attorneys for Defendants
                                           SHINGLE SPRINGS BAND OF MIWOK
                                           INDIANS, SHINGLE SPRINGS TRIBAL
                                           HEALTH PROGRAM, SHINGLE SPRINGS
                                           TRIBAL HEALTH BOARD, and BRENDA
                                           ADAMS

ORDER

The Parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT Defendants shall file any reply brief in support of their Motion to Dismiss Plaintiff's Second Amended Complaint no later than **December 16, 2013**.

DATED:   December 6, 2013.

81528104

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT