PAULA M. YOST (State Bar No. 156843)
paula.yost@dentons.com
SANDRA R. MCCANDLESS (State Bar No. 57740)
sandra.mccandless@dentons.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
SHINGLE SPRINGS BAND OF MIWOK
INDIANS, SHINGLE SPRINGS TRIBAL
HEALTH PROGRAM, SHINGLE
SPRINGS TRIBAL HEALTH PROGRAM,
and BRENDA ADAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. BODI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS; SHINGLE SPRINGS TRIBAL HEALTH PROGRAM; SHINGLE SPRINGS TRIBAL HEALTH; BRENDA ADAMS (as current Chairperson of the Shingle Springs Tribal Health Board), and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:13-CV-01044 LKK-CKD<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE AND STAYING ACTION**<br><br>The Hon. Lawrence K. Karlton<br><br>Complaint Filed: April 22, 2013 |

Plaintiff Beth A. Bodi and defendants Shingle Springs Band Of Miwok Indians, Shingle Springs Tribal Health Program, Shingle Springs Tribal Health Board, and Brenda Adams (collectively "Parties"), by and through their counsel of record respectfully request that the Court

1  give effect to the Parties' stipulation and stay this action to permit the Parties to explore settlement
2  of their dispute, as follows:
3      WHEREAS, defendants' motion to dismiss plaintiff's second amended complaint came on
4  for hearing before the Court on March 3, 2014;
5      WHEREAS, at the hearing, the Court took defendants' motion to dismiss under
6  submission and indicated a written order would follow;
7      WHEREAS, the Parties wish to explore settlement discussions before the Court issues its
8  order on defendants' motion;
9      WHEREAS, the Parties believe the Court's issuance of an order on defendants' motion
10 would likely be counterproductive to settlement efforts;
11     WHEREAS, a scheduling conference in this matter is currently scheduled for March 31,
12 2014, with a joint status report due March 17, 2014;
13     WHEREAS, the Parties believe that settlement negotiations will require significant time
14 because plaintiff is currently hospitalized and because any settlement requires approval by a Tribal
15 government, the Tribal Council of the Shingle Springs Band of Miwok Indians, which convenes
16 only periodically; and
17     WHEREAS, the Parties believe that a stay of this matter could resolve this action without
18 the need for further proceedings before this Court.
19     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties
20 that:
21     1.    The scheduling conference scheduled for March 31, 2014, should be continued to
22 May 19, 2014, at 10:30 a.m., or to a date and time thereafter convenient to the Court;
23     2.    All proceedings in this matter should be stayed until at least May 5, 2014;
24     3.    No later than May 1, 2014, the Parties shall submit either (1) a joint statement
25 indicating that settlement efforts are ongoing and requesting that the action remain stayed until a
26 specified date, or (2) a joint status report pursuant to Fed. R. Civ. P. 26(f).
27     4.    Counsel for plaintiff and defendants respectfully and jointly request that the Court
28

1    not issue an order on defendants' motion to dismiss until the requested stay of this action ends.

3         IT IS SO STIPULATED.

4                                                    Respectfully submitted,

5    Dated: March 4, 2014           AD ASTRA LAW GROUP, LLP

7                                            By   /s/  Wendy L. Hillger (approved March 4, 2013)
8                                                  WENDY L. HILLGER

                                          Attorneys for Plaintiff
9                                              BETH A. BODI

10   Dated: March 4, 2014           DENTONS US LLP

13                                           By   /s/  Ian R. Barker
                                             IAN R. BARKER

14                                             Attorneys for Defendants
                                          SHINGLE SPRINGS BAND OF MIWOK
15                                             INDIANS, SHINGLE SPRINGS TRIBAL
                                          HEALTH PROGRAM, SHINGLE SPRINGS
16                                             TRIBAL HEALTH BOARD, and BRENDA
                                          ADAMS

ORDER

The Parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The scheduling conference scheduled for March 31, 2014, at 10:30 a.m., is continued to May 19, 2014, at 2:00 p.m.;

2. All proceedings in this matter are stayed until at least May 5, 2014;

3. No later than May 1, 2014, the Parties shall submit either (1) a joint statement indicating that settlement efforts are ongoing and requesting that the action remain stayed until a specified date, or (2) a joint status report pursuant to Fed. R. Civ. P. 26(f).

4. The Court will not issue an order on defendants' motion to dismiss until after the stay of this action ends.

DATED: March 5, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT