PAULA M. YOST (State Bar No. 156843)
paula.yost@dentons.com
SANDRA R. MCCANDLESS (State Bar No. 57740)
sandra.mccandless@dentons.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
SHINGLE SPRINGS BAND OF MIWOK
INDIANS, SHINGLE SPRINGS TRIBAL
HEALTH BOARD, and BRENDA ADAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. BODI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS; SHINGLE SPRINGS TRIBAL HEALTH; BRENDA ADAMS (as current Chairperson of the Shingle Springs Tribal Health Board), and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No. 2:13-CV-01044 LKK-CKD<br><br>**STIPULATION AND ORDER VACATING SCHEDULING CONFERENCE AND STAYING ACTION PENDING APPEAL OF THE COURT'S ORDER FILED MAY 14, 2014**<br><br>The Hon. Lawrence K. Karlton<br><br>Complaint Filed: April 22, 2013 |

Plaintiff Beth A. Bodi and defendants Shingle Springs Band Of Miwok Indians, Shingle Springs Tribal Health Board, and Brenda Adams (collectively "Parties"), by and through their counsel of record, respectfully request that the Court give effect to the Parties' stipulation and stay this action pending appeal of the Court's order filed May 14, 2014 ("Order"):

- 1 -

CASE NO.  2:13-CV-01044 LKK-CKD                    STIPULATION AND [PROPOSED] ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　VACATING SCHEDULING CONFERENCE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　AND STAYING ACTION PENDING APPEAL

WHEREAS, the Court's Order rejected the sovereign immunity defense of Shingle Springs Band Of Miwok Indians, Shingle Springs Tribal Health Board, and Brenda Adams, dismissing only the Shingle Springs Tribal Health Program on non-jurisdictional grounds;

WHEREAS, the Court's Order is immediately appealable because it denies claims of tribal sovereign immunity (*Burlington Northern & Santa Fe Ry. Co. v. Vaughn*, 509 F.3d 1085, 1091 (9th Cir. 2007));

WHEREAS, the Court's Order, at page 17, lines 24 to 26, expressed the Court's "hope that the defendants appeal this ruling so that a higher court may definitively resolve the issue";

WHEREAS, in the Parties' Joint Status Report, filed May 1, 2014, the Parties stipulated in paragraph (p) that, "should the Court deny Defendants' motion to dismiss, it is in the interest of the parties, and would further judicial economy, to stay trial court proceedings pending the Ninth Circuit's resolution of this Court's jurisdiction to hear the case";

WHEREAS; the Parties hereby confirm their agreement that that a stay of this matter pending appeal of the Order is in the interest of the Parties and would further judicial economy;

WHEREAS, a scheduling conference in this matter is currently scheduled for May 19, 2014, at 2:00 p.m.; and

WHEREAS, the Parties agree that a scheduling conference is unnecessary until the Ninth Circuit resolves defendants' appeal of the Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties that:

1. The scheduling conference scheduled for May 19, 2014, should be taken off calendar pending the Tribe's appeal of the Order;

2. All proceedings in this matter should remain stayed until the Ninth Circuit issues its mandate on defendants' appeal of the Order; and

3. The Court should set a scheduling conference, if necessary, following issuance of the Ninth Circuit's mandate.

- 2 -

CASE NO.  2:13-CV-01044 LKK-CKD         STIPULATION AND [PROPOSED] ORDER
VACATING SCHEDULING CONFERENCE
AND STAYING ACTION PENDING APPEAL

1  IT IS SO STIPULATED.

2                                          Respectfully submitted,

3  Dated: May 15, 2014                     AD ASTRA LAW GROUP, LLP

4

5                                          By  /s/  Wendy L. Hillger (approved May 15, 2014)
                                                   WENDY L. HILLGER
6
                                           Attorneys for Plaintiff
7                                          BETH A. BODI

8
   Dated: May 15, 2014                     DENTONS US LLP
9

10

11                                         By  /s/  Ian R. Barker
                                                   IAN R. BARKER
12
                                           Attorneys for Defendants
                                           SHINGLE SPRINGS BAND OF MIWOK
13                                         INDIANS, SHINGLE SPRINGS TRIBAL
                                           HEALTH BOARD, and BRENDA ADAMS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

CASE NO.  2:13-CV-01044 LKK-CKD              STIPULATION AND [PROPOSED] ORDER
                                             VACATING SCHEDULING CONFERENCE
                                             AND STAYING ACTION PENDING APPEAL

ORDER

The Parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The scheduling conference scheduled for May 19, 2014, is taken off calendar to be reset pending the Tribe's appeal of the Order;

2. All proceedings in this matter are stayed until the Ninth Circuit issues its mandate on defendants' appeal of the Order; and

3. The Court will set a scheduling conference, if necessary, following issuance of the Ninth Circuit's mandate.

DATED: May 16, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT