UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. BODI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS; and DOES 1 through 15, inclusive,<br><br>　　　　Defendants. | No.  CIV. S-13-1044 LKK/CKD<br><br><br>**ORDER** |

　　The court has noted an error in its Order dated May 13, 2014 (ECF No. 52). It is hereby corrected as follows. The heading at lines 18:1-2, which reads as follows, is hereby STRICKEN:

　　**D. Is plaintiff's claim for injunctive relief against the Chairperson of the Health Board cognizable?**

It is REPLACED by the following heading:

　　**D. Are defendants' objections regarding the unavailability of injunctive relief well-founded?**

　　IT IS SO ORDERED.

　　DATED:  May 16, 2014.

　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28