David Nied (SBN 136413)
Wendy L. Hillger (SBN 178682)
**AD ASTRA LAW GROUP, LLP**
582 Market Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 795-3579
Facsimile: (415) 276-1976
dnied@astralegal.com
whillger@astralegal.com

Attorneys for Plaintiff BETH A. BODI

Christopher F. Wohl (SBN 170280)
Alexandra M. Asterlin (SBN 221286)
**PALMER KAZANJIAN WOHL HODSON LLP**
2277 Fair Oaks Blvd., Suite 455
Sacramento, CA 95825
Telephone: (916) 442-3552
Facsimile: (916) 640-1521
cwohl@pkwhlaw.com
aasterlin@pkwhlaw.com

Attorneys for Defendants
SHINGLE SPRINGS BAND OF MIWOK INDIANS,
SHINGLE SPRINGS TRIBAL HEALTH PROGRAM,
SHINGLE SPRINGS TRIBAL HEALTH BOARD,
BRENDA ADAMS (in her official capacity as current
Chairperson of the Shingle Springs Tribal Health Board)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH A. BODI,<br><br>         Plaintiff,<br><br>    vs.<br><br>SHINGLE SPRINGS BAND OF MIWOK INDIANS, SHINGLE SPRINGS TRIBAL HEALTH PROGRAM, SHINGLE SPRINGS TRIBAL HEALTH BOARD, BRENDA ADAMS (in her official capacity as current Chairperson of the Shingle Springs Tribal Health Board), and DOES 1-30,<br><br>         Defendants. | Case No. 2:13-cv-01044-MCE-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own fees and costs.

Dated:  April 3, 2017        **AD ASTRA LAW GROUP, LLP**

/s/ *Wendy L. Hillger*
Wendy L. Hillger
Attorneys for Plaintiff
BETH A. BODI

Dated:  April 3, 2017        **PALMER KAZANJIAN WOHL HODSON LLP**

/s/ *Christopher F. Wohl*
Christopher F. Wohl
Attorneys for Defendants
SHINGLE SPRINGS BAND OF MIWOK INDIANS,
SHINGLE SPRINGS TRIBAL HEALTH PROGRAM,
SHINGLE SPRINGS TRIBAL HEALTH BOARD,
BRENDA ADAMS (in her official capacity as current
Chairperson of Shingle Springs Tribal Health Board)

## ORDER

The parties having so stipulated pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the above-referenced case be DISMISSED with prejudice. Each party shall bear its own fees and costs.  The Clerk of the Court is directed to close this case.

Dated:  April 5, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE